No. 17,936.

ERNEST M. BABER *v.* CENTRAL BANK AND TRUST COMPANY,
TRUSTEE, ETC. ET AL.
(299 P. [2d] 116)

Decided July 2, 1956.

Mr. STANLEY H. JOHNSON, for plaintiff in error.

Messrs. GORSUCH, KIRGIS, CAMPBELL, WALKER &
GROVER, for defendant in error Central Bank and Trust
Company.

Mr. JOHN C. BANKS, for defendant in error City and
County of Denver.

*En Banc.*

MR. JUSTICE MOORE delivered the opinion of the Court.

THIS action rests on facts identical to those presented
in the case of *Brisnehan v. Central Bank and Trust
Company* which has been disposed of by an opinion of
this Court announced on this date.

Plaintiff in error Baber contends that the record in
connection with his claim presents a question not in-
volved in the Brisnehan case, in that under the provi-

sions of section 21 of the ordinance he was eligible to become a member of the plan notwithstanding the fact that he failed to elect to do so within sixty days.

We cannot agree with this argument, and we believe that this cause is in all respects controlled by the opinion in the case of *Tom Brisnehan v. The Central Bank and Trust Company, supra.* Accordingly the judgment is affirmed.